# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

ARTURO SIGALA-SALAZAR,

      Defendant.

Case No. 2:17-cr-349-KJD-PAL

**Order Granting Motion to Dismiss the Indictment Without Prejudice**

IT IS HEREBY ORDERED that the government is granted leave to dismiss the Indictment in the above captioned case filed on October 25, 2017, without prejudice.

IT IS FURTHER ORDERED that the Indictment is dismissed without prejudice.

DATED this __22nd__ day of ___April_____, 2019.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE